**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1422**

———————

In re: ANNIE MAE SCALES,

　　　　　　　Petitioner.

———————

On Petition for Extraordinary Writ.

———————

Submitted: May 23, 2013　　　　　　Decided: May 28, 2013

———————

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Annie Mae Scales, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Annie Mae Scales petitions for an extraordinary writ pursuant to the All Writs Act, 28 U.S.C. § 1651(a) (2006). We conclude that relief is not warranted.

Accordingly, although we grant Scales leave to proceed in forma pauperis, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>